**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: John J. Henry                                                                 Case No.: 08−46020
Debtor(s)                                                                                      Chapter 7

Randall L. Seaver, Trustee                                                      Adv. Proc. No. 11−04147
Plaintiff

v.

John J. Henry
Premier Systems, Inc.
Defendant

---

A lawsuit has been started against you. You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though you may have received a discharge.

You should consult your attorney as soon as possible, unless you wish to represent yourself. If you are unable to afford an attorney, you may contact:

> Bankruptcy Adversary Proceeding (BAP) Coordinator
> Volunteer Lawyers Network
> (612)752−6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

You may also obtain bankruptcy−related advice through the Bankruptcy Advice Clinic, a free service under which low income Minnesota residents contemplating bankruptcy, as well as pro se debtors and creditors already involved in pending bankruptcy cases and adversary proceedings, can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The Clinics are available on a bi−weekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 5/24/11                                                          Lori Vosejpka
                                                                                     Clerk, United States Bankruptcy Court

                                                                                     By: carrie
                                                                                     Deputy Clerk

**mnbprbo** 03/03/2005 − kb

```
                       United States Bankruptcy Court
                            District of Minnesota
Randall L. Seaver, Trustee,
          Plaintiff                                  Adv. Proc. No. 11-04147-RJK

Henry,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0864-4        User: carrie            Page 1 of 1         Date Rcvd: May 24, 2011
                            Form ID: mnbprbo        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
dft          +John J. Henry, III,   26515 Arbor Creek Lane,   Shorewood, MN 55331-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov May 24 2011 19:44:09      US Trustee,
   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           usta
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**        **Signature:** _/s/ Joseph Speetjens_